### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | | |
|---|---|---|
| CONNIE ERWIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. |
| | ) | |
| | ) | 4:13-CV-279-HLM-WEJ |
| ANGEL EMERGENCY MEDICAL | ) | |
| SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### AGREED JUDGMENT

It appearing to the Court that the parties have agreed to enter a judgment against Defendant Angel Emergency Medical Services, LLC in the amount of $10,000.00,

It is therefore ORDERED that a judgment be and hereby is entered in favor of Plaintiff Connie Erwin against Defendant Angel Emergency Medical Services, LLC in the amount of $10,000.00.

5/9/14

_____
Harold L. Murphy, U.S. District Judge